UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Maurice Dyer**  **Docket No. 4:03-CR-87-2H**

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Maurice Dyer, who, upon an earlier plea of guilty to Conspiracy to Possess with the Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 4, 2005, to the custody of the Bureau of Prisons for a term of 192 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

William Maurice Dyer was released from custody on November 9, 2018, at which time the term of supervised release commenced. On June 12, 2019, the term of supervised release was revoked due to illegal drug use by the defendant. The defendant was sentenced to a period of "time served" (one day), followed by 53 months of supervised release under the same conditions previously imposed on January 4, 2005, in addition to participation in a cognitive behavioral program as directed by the probation office. The new term of supervised release commenced on June 13, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On or about November 9, 2019, the defendant was arrested and charged with Driving While Impaired in Pitt County, North Carolina. The defendant notified the probation officer of his arrest and stated he attended a party that was held in memory of a former friend who passed away while the defendant was in custody. While at the party, the defendant stated he had two shots of liquor before getting behind the wheel of a vehicle. When stopped by police, the defendant's blood alcohol concentration (BAC) was 0.14. The defendant remains employed in Raleigh, North Carolina, and he is actively participating in cognitive behavioral therapy. Additionally, the defendant has a DWI assessment scheduled for November 27, 2019. Rather than return to court for revocation proceedings, it is recommended the defendant be placed on a curfew for 30 days, with location monitoring technology, to afford the defendant the opportunity to address his substance abuse needs and temporarily restrict the defendant's movements in the community. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

William Maurice Dyer
Docket No. 4:03-CR-87-2H
Petition for Action
Page 2

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: November 15, 2019

**ORDER OF THE COURT**

Considered and ordered this 19th day of November, 2019, and ordered filed and made a part of the records in the above case.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior U.S. District Judge